LEWIS S. FLAGG, JR., Respondent, *v.* D. WARD NICHOLS, as Bishop of the First Episcopal District of the African Methodist Episcopal Church and as Presiding Officer of Each of the Conferences Comprised Thereunder, Appellant, et al., Defendants.

Submitted January 4, 1954; decided January 21, 1954.

*Bernard R. Lieberman* for motion.
*Alan L. Dingle* opposed.

Motion denied.